Dear Clerk of Court:

03CV186

I have found myself in a very difficult situation where it will be impossible to further argue the case! Demetrios Koukoulomates

v.

Susan Gerlinski, et.al.

Please take this case and the # you have assigned it and RECIND, DESTROY, or DISPOSE of as you see fit.

I am turely sorry for any invinience this will cause you.

If you have any questions or would like to send me the final order I will be at the below address:

Demetrios Koukoulomates
I.D. # 32969
Snyder County Prison
600 Old Colony Rd.
Selinsgrove, PA. 17870

FILED
SCRANTON

FEB 07 2003

PER
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA

DEMETRIOS KOUKOULOMATES
    Petitioner,

V.

SUSAN GERLINSKI, et. al.
    Respondant / Government

CASE: 03-CV-186

FILED
SCRANTON

FEB 07 2003

PER _____
DEPUTY CLERK

MOTION TO RECIND WRIT OF HABEAS CORPUS 2241

    NOWCOMES, PETITIONER, DEMETRIOS KOUKOULOMATES, requesting this Honorable Court Recind and Vacate the docket number of the above case that was mailed to the Clerk of the Court on the 30th of January, 2003. Petitioner will not be able to respond to the Court and Petitioner does not want to pursue this Legal option any further. Petitioner asks the Courts forgiveness for any inconvinience he has cased.

    FURTHERMORE, PETITIONER PLEADS WITH THE COURT NOT TO SEND ANY CORESPONDENCE TO HIS PREVIOUS ADDRESS, BUT REGOGNIZE HIS NEW PLACE OF DETENTION, LISTED BELOW.

SINCERELY,

*Demetrios Koukoulomates* (signature)

DEMETRIOS KOUKOULOMATES
I.D. # 32969
SNYDER COUNTY PRISON
600 OLD COLONY RD.